HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org916-498-5700/Fax 916-498-5710

Attorneys for Defendant
JUSTINE ROTHWELL SABA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTINE ROTHWELL SABA, <br><br> Defendant. | Case No.  16-mj-067 MJS <br><br> UNOPPOSED REQUEST FOR RULE 43 WAIVER (VIDEO APPEARANCE) FOR DEJ PLEA <br><br> Judge: Hon Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Justine R. Saba, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for her deferred entry of judgment proceeding and that she be allowed to appear via video conference.  Ms. Saba agrees that her interests shall be represented at all times by the presence of her attorney, Linda C. Allison, of the Office of the Federal Defender for the Eastern District of California, the same as if Ms. Saba were personally present, and requests that this Court allow her attorney to represent her interests at all times.  The government has no objection to Ms. Saba's appearance via video in lieu of her personal appearance.  This Court has the discretion under Rule 43(b)(2) to allow Ms. Saba to appear by video conference or to be absent from the proceedings.

Ms. Saba is charged with one count of possession of a controlled substance in violation of Title 36 Code of Federal Regulations §2.35(b)(2), a petty offense.  She has been offered a

deferred entry of judgement agreement to resolve the case.  The terms include the payment of a fine and a 12 month term of court probation with a dismissal upon the successful completion of the term of probation.

Ms. Saba is living and working in the San Jose area.  It would be a long distance and considerable expense for Ms. Saba to travel to the park for this hearing.  If this request is granted, she would appear at the federal courthouse in San Jose for a video link with this Court.  These arrangements would be made by the Court's deputy clerk.

Dated:  October 4, 2016

>HEATHER E. WILLIAMS
>Federal Defender
>
>*/s/ LINDA C. ALLISON*
>LINDA C. ALLISON
>Assistant Federal Defender
>Attorney for Defendant

I consent to the above.

Date:  October 10, 2016      /s/ Justine Saba
                             JUSTINE ROTHWELL SABA
                             Defendant

**O R D E R**

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via video at the DEJ hearing in case No.  16-mj-067 MJS is granted by order of the court **ON CONDITIONS THAT:**  1)  A fully executed plea agreement be lodged with the Court three Court days prior to the hearing; and,  2) Defense counsel make all arrangements necessary to enable video conferencing capability and effectiveness.

IT IS SO ORDERED.

Dated:   October 17, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*U.S. v ,*