HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JUSTINE SABA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-0067-MJS |
| Plaintiff, | STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA HEARING |
| v. | |
| JUSTINE SABA, | Date:  November 1, 2016 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON attorney for defendant JUSTINE SABA, that the Court vacate the status conference set for November 1, 2016 and set a change of plea hearing for December 6, 2016 at 10:00 a.m.

DATED: October 17, 2016                     Respectfully submitted,

                                            HEATHER WILLIAMS
                                            Federal Defender

                                            /s/Linda Allison
                                            LINDA ALLISON
                                            Chief Assistant to the Federal Defender
                                            Attorneys for Defendant
                                            JUSTINE SABA

/ / /

/ / /

-1-

Dated: October 17, 2016

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Officer

## **ORDER**

It is hereby ordered that the November 1, 2016, status conference in Case No.6:16-mj-0067-MJS be vacated and a change of plea hearing be set for December 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 18, 2016           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE