HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JUSTINE SABA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00067-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| JUSTINE SABA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Justine Saba, that Ms. Saba's term of unsupervised probation may be extended to expire on February 20, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to January 24, 2018.

Due to an oversight by defense counsel's office, Ms. Saba was never adequately informed of where and when to make her payments. The parties thus request that the Court extend Ms. Saba's term of unsupervised probation to expire February 20, 2018 to give Ms. Saba sufficient time to make her payments now that she has been adequately informed. The parties further request that the Court schedule a review hearing for January 24, 2017.

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 1, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JUSTINE SABA

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 7, 2017 hearing for Justine Saba, Case No. 6:16-mj-00067-MJS, is continued to January 24, 2018 at 10:00 a.m., and her probation is extended to February 20, 2018.

IT IS SO ORDERED.

Dated: November 5, 2017                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

Saba: Stipulation to Continue

2