1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JUSTINE SABA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00067-MJS |
| Plaintiff, | **MOTION TO VACATE JANUARY 24, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| JUSTINE SABA, | |
| Defendant. | |

Defendant Justine Saba hereby requests that the Court vacate the January 24, 2018 review hearing. The Government is in agreement with the request.

On December 6, 2016, the Court placed Ms. Saba on twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, Ms. Saba was ordered to pay a $1000 fine.

Ms. Saba has had no new violations of law and has paid the $1000 fine. Accordingly, Ms. Saba requests that the January 24, 2018 review hearing be vacated.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018        */s/ Hope Alley*
                          HOPE ALLEY
                          Assistant Federal Defender
                          Attorney for Defendant
                          JUSTINE SABA

## O R D E R

Based on the parties' joint representation that Ms. Saba is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for January 24, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 16, 2018         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE