| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JUSTINE SABA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:16-mj-00067 |
| Plaintiff, | | **MOTION TO DISMISS; ORDER** |
| vs. | | |
| JUSTINE SABA, | | |
| Defendant. | | |

Defendant Justine Saba hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On December 6, 2016, Ms. Saba pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Saba a deferred entry of judgment under 18 U.S.C. § 3607(a). On January 16, 2018, the Court vacated Ms. Saba's review hearing because she had fully complied with the terms of her probation. Ms. Saba's probation expired on June 6, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Ms. Saba's term of probation has expired, and she did not violate any condition of her probation. Accordingly, Ms. Saba requests that the Court, without entering a

judgment of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 7, 2018

/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CALEB BRYANT

## ORDER

Pursuant to 18 U.S.C. § 3607(a), the Court hereby dismisses the proceedings against Ms. Saba in *United States v. Saba*, Case No. 6:16-mj-00067.

DATED: 9/7/18

Jeremy D. Peterson
United States Magistrate Judge